IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CRIMINAL NO. 3:98CR22-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JANICE SYLVIA STEELE | ) | |

**THIS MATTER** is before the Court on the Defendant's motion for modification of her sentence pursuant to 18 U.S.C. § 3624(b).[1] The motion is denied.

The Defendant seeks "remodification of sentence pursuant to statutory misconstruction" pursuant to 18 U.S.C. § 3624(b). That statute provides that a prisoner may receive credit toward service of her sentence of "up to 54 days at the end of each year of the prisoner's term of imprisonment . . . subject to determination by the Bureau of Prisons that,

---

[1] Only page one of the motion and the supporting exhibit were filed by the Defendant. Since the Court has no jurisdiction to grant the relief sought, the submission of the remainder of the document by the Defendant would not change the ruling herein.

during that year, the prisoner has displayed exemplary compliance with institutional disciplinary regulations." **18 U.S.C. § 3624(b)(1).** It appears the Defendant is requesting that the Court either recompute such "good time" credit or reduce her sentence to time served. The Bureau of Prisons, not the Court, is vested with the sole authority to make determinations regarding the Defendant's entitlement to "good time" credit and the amount thereof. Further, this Court has no jurisdiction, authority or discretion to modify or otherwise reduce the Defendant's term of imprisonment.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for modification of sentence is hereby **DENIED.**

Signed: February 14, 2007

Lacy H. Thornburg
United States District Judge