# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CRIMINAL NO. 3:98CR22-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| JANICE SYLVIA STEELE | ) | |

**THIS MATTER** is before the Court on the Defendant's request for early termination of her supervised release. The motion is denied.

Although the Court is impressed with the Defendant's rehabilitation and her continued efforts in that regard, the Court agrees with the Government's position that due to the violent nature of the crimes involved herein and the fact that the Defendant's probation officer does not support the relief sought, the Court declines to terminate Defendant's supervision at this time.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for early termination of her supervised release is hereby **DENIED.**

Signed: August 6, 2009

Lacy H. Thornburg
United States District Judge